AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Clarence T. Fox, Jr ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.    2:11-cv-94-HFF |
| Darlene Drew, Warden ) | |
| *Respondent* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Robert S. Carr is accepted. This case is dismissed without prejudice and without issuance and service of process. A certificate of appealability is denied. The petitioner shall take nothing on his petition filed pursuant to Title 28 U.S.C. § 2241.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry F. Floyd, United States District Judge.

Date:   April 26, 2011                                              *CLERK OF COURT*

                                                                                   s/H. Hillman
                                                                        *Signature of Clerk or Deputy Clerk*